■ STATE OF NEW YORK, Appellant-Respondent, v ROBERT B. FRANCIS, Individually and Doing Business as Quality Square, et al., Respondents-Appellants.—Order, Supreme Court, New York County, entered on July 5, 1978, unanimously affirmed for the reasons stated by Kassal, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Lane, Sandler and Sullivan, JJ. [95 Misc 2d 381.]

■ I. C. C. METALS, INC., Respondent, v MUNICIPAL WAREHOUSE COMPANY, INC., Appellant.—Judgment, Supreme Court, New York County, entered on January 13, 1978, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court, entered on September 24, 1977, dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Evans, Sandler, Lane and Markewich, JJ.

■ NICOLE ERNETA et al. v PRINCETON HOSPITAL et al.—Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur—Murphy, P. J., Kupferman, Sullivan, Lupiano and Yesawich, JJ.

## (January 18, 1979)

■ In the Matter of PAUL HOUGHTON, Petitioner, v MICHAEL J. CODD, as Police Commissioner of the City of New York, et al., Respondents.—Determination of respondents dated February 11, 1977, unanimously confirmed, without costs and without disbursements. Application by petitioner at the time of oral argument to strike appendix from respondents' brief is denied. No opinion. Concur—Murphy, P. J., Lupiano, Silverman, Evans and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MEYERS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 15, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Evans and Fein, JJ.